## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-00120-SMM

UNITED STATES OF AMERICA

v.

SANTOS LEONARDO RAMOS-PEREZ,

_____/

FILED BY____**YAR**____D.C.

**Sep 7, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?      No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:

MICHAEL PORTER
Assistant United States Attorney
FL Bar No.       0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Michael.Porter2@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Michael Porter

## UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>SANTOS LEONARDO RAMOS-PEREZ, | )<br>)<br>)  Case No.<br>)  22-mj-00120-SMM<br>)<br>)<br>) |

_____
Defendant(s)

FILED BY _____ **YAR** _____ D.C.

**Sep 7, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 14, 2022 _____ in the county of _____ Indian River _____ in the
_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Stephen Christopher Schmeichel, Deportation Officer, ICE
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:  September 7, 2022

_____
Judge's signature

City and state:  _____ Fort Pierce, Florida _____

Shaniek M. Maynard, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen Christopher Schmeichel, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2013.  I am currently assigned to Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida.  As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Santos Leonardo RAMOS-PEREZ ("RAMOS-PEREZ) committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about June 14, 2022, RAMOS-PEREZ was arrested in Indian River County, Florida for operating a motor vehicle without a license.  As part of the booking process, RAMOS-PEREZ was fingerprinted by Indian River County Jail booking officials. The fingerprints were electronically submitted to a federal database maintained by the Department of Homeland Security, which triggered a positive match for an alien previously removed from the United States.  RAMOS-PEREZ was released from the Indian River County Jail before I could lodge an immigration detainer.

4.      I have reviewed documents from the immigration alien file belonging to RAMOS-PEREZ , AXXX XXX 867. A review of Department of Homeland Security electronic records and the immigration alien file assigned to RAMOS-PEREZ show that he is a native and citizen of Honduras. Records from RAMOS-PEREZ's alien file show that on or about August 4, 2005, RAMOS-PEREZ was ordered removed from the United States, and on or about May 23, 2011, RAMOS-PEREZ was removed from the United States to Honduras.

5.      RAMOS-PEREZ's fingerprint card from his June 14, 2022 arrest was entered into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, RAMOS-PEREZ.

6.      A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if RAMOS-PEREZ had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that RAMOS-PEREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7.      In August 2022, I personally observed RAMOS-PEREZ on multiple occasions at an apartment complex in Fellsmere, Indian River County, Florida. RAMOS-PEREZ was standing outside the apartment complex next to the vehicle he was recently pulled over and arrested in. I was able to identify RAMOS-PEREZ based on the

2

photographs contained in his alien file and most recent booking photo from Indian River County Jail.

8.      Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about June 14, 2022, Santos Leonardo RAMOS-PEREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Stephen Christopher Schmeichel
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this ___7th___ day of September 2022.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

3